**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6377**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

EMILIO CHASE, a/k/a E, a/k/a Dominic Mario Chase,

                Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  John Preston Bailey, Chief District Judge.  (3:04-cr-00042-JPB-JES-1)

Submitted:  June 18, 2009              Decided:  June 24, 2009

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished by per curiam opinion.

Emilio Chase, Appellant Pro Se.   Paul Thomas Camilletti, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emilio Chase appeals the district court's order denying his motion for reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Chase, No. 3:04-cr-00042-JPB-JES-1 (N.D.W. Va. Feb. 20, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED